Gregory S. Hunt
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-2999
Facsimile: (907) 276-2956
E-Mail: gsh@bwclawyers.com

Attorney for Defendant

IN THE UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| BRIAN CAMPBELL, | ) | |
| | ) | Case No. 3:11-cv__-___ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **NOTICE OF REMOVAL** |
| _____ | ) | |

TO: The United States District Court
for the District of Alaska
Brian Campbell

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Allstate Insurance Company ("Allstate"), has this day filed in the United States District Court for the District of Alaska this Notice of Removal to the United States District Court of the action brought by Plaintiff in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-11-6344 Civil. You are also notified that Defendant Allstate has filed a copy of this notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage (attached as Exhibit A), and

that said action has thereby been removed from the Superior Court to the United States District Court.

The ground for removal is diversity of citizenship. 28 U.S.C. §§ 1332, 1441.

There is complete diversity of citizenship between the parties. Plaintiff is a citizen of the state of Alaska at the time of the auto accident causing injury. Defendant is a citizen of the state of Illinois. Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). A copy of all process, pleadings and orders served upon Defendant Allstate will be filed as ordered by the court. A copy of the complaint is attached.

Based on the above, this Court has original jurisdiction over this action, and Defendant Allstate is entitled to remove this action to this Court from the Superior Court for the State of Alaska. 28 U.S.C. §§ 1332, 1441, 1446.

DATED this 26th day of April, 2011, at Anchorage, Alaska.

By: s/ Gregory S. Hunt
BLISS, WILKENS & CLAYTON
Attorneys for Defendant
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK 99501
E-Mail: gsh@bwclawyers.com
Phone: (907) 276-2999
Fax: (907) 276-2956
[ABA No. 0805028]

Certificate of Service

I certify that on 26th day of April, 2011, a copy of the foregoing document was served by mail on:

Michael R. Wirschem
Law Office of Cris W. Rogers
2600 Denali St., Suite 711-B
Anchorage, AK 99503

**s/ Gregory S. Hunt**

_____

N:\ASM\854\703\PLEADING\Notice of Removal.Fed.doc

NOTICE OF REMOVAL   Campbell v. Allstate
Page 3 of 3   Case No.: 3:11-CV-___-___

Case 3:11-cv-00091-TMB   Document 1   Filed 04/27/11   Page 3 of 3