Michael R. Wirschem, AK Bar #9511049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711B
Anchorage, Alaska 99503
Phone: 907.565.5683
Fax:   907.565.5694
Attorneys For Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| BRIAN CAMPBELL, ) | |
| ) Plaintiff, ) | |
| vs. ) | |
| ALLSTATE INSURANCE ) COMPANY, ) | |
| ) Defendant. ) | |

COPY
Original Received
MAR 2 3 2011
Clerk of the Trial Courts

Case No. 3AN-11-6344 CI

## COMPLAINT

COMES NOW the Plaintiff, Brian Campbell, by and through his attorneys of record, the LAW OFFICE OF CRIS W. ROGERS, and for his complaint against the Defendant, alleges as follows:

1. At all times relevant to this action the Plaintiff was a resident of Wasilla, Alaska.

2. Defendant Allstate conducts the business of insurance in the State of Alaska including automobile insurance coverage that applies to the Plaintiff for the loss that gives rise to this lawsuit.

LAW OFFICE OF
CRIS W ROGERS
2600 Denali St.
Suite 711-B
Anchorage, AK
99503
T(907)565-5683
F(907)565-5694

1

Case 3:11-cv-00091-TMB   Document 1-2   Filed 04/27/11   Page 1 of 4

3. This Court has jurisdiction over the parties and subject matter per AS 22.10.020, and venue is proper in this Court.

## FACTS

4. On November 3, 2004, the Plaintiff was injured in a motor vehicle collision near Wasilla, Alaska in the Third Judicial District.

5. The Plaintiff's first party auto insurance at the time of the collision with Defendant Allstate included $100,000 in underinsured motorist coverage.

6. The driver at fault for the collision was insured by Safeco, and his $100,000 liability policy limits were paid to the Plaintiff, which triggered a UIM claim on the Plaintiff's Allstate policy of insurance.

7. Allstate has refused to provide contract benefits and information responsive to the Plaintiff's requests and has mishandled his claim for UIM benefits.

## COUNT I: BREACH OF CONTRACT

8. Plaintiff incorporates herein by reference paragraphs 1-7 above.

9. Defendant Allstate is contractually and legally obligated to provide contract benefits as well as timely and accurate information and claim handling to its insured, the Plaintiff.

10. Allstate's refusal to comply with its obligations to the Plaintiff is in violation of the insurance contract, the covenant of good faith and fair dealing, and Alaska's insurance laws.

LAW OFFICE OF
CRIS W ROGERS
2600 Denali St.
Suite 711-B
Anchorage, AK
99503
T(907)565-5663
F(907)565-5664

11. Allstate's breach of the insurance contract and the covenant of good faith and fair dealing has caused the Plaintiff to sustain damages, the exact amount to be determined at trial.

WHEREFORE, the Plaintiff prays for the following relief:

1. Judgment against the Defendant in favor of the Plaintiff on all of his claims.
2. Attorney's fees and costs.
3. For such other and further relief the Court deems just and equitable.

DATED this 23rd day of March, 2011, at Anchorage, Alaska.

LAW OFFICE OF CRIS W. ROGERS
ATTORNEYS FOR PLAINTIFF

BY: _____
Michael R. Wirschem
Ak Bar #9511049

LAW OFFICE OF
CRIS W ROGERS
2600 Denali St.
Suite 711-B
Anchorage, AK
99503
T(907)595-5563
F(907)595-5564

3



CERTIFIED MAIL

7004 0550 0001 2308 3558

CT CORPORATION SYSTEM
9360 GLACIER HWY STE 202
JUNEAU AK 99801

STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY,
AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
PO BOX 110805
JUNEAU, ALASKA 99811-0805