Gregory S. Hunt
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-2999
Facsimile: (907) 276-2956
E-Mail: gsh@bwclawyers.com

Attorney for Defendant

IN THE UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| BRIAN CAMPBELL, <br><br>    Plaintiff, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br>    Defendant. | Case No. 3:11-cv-00091-TMB <br><br> **STIPULATION FOR DISMISSAL** <br> **WITH PREJUDICE** |

Plaintiff Brian Campbell and Defendant Allstate Insurance Company, by and through counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate and agree that the claims that were brought or could have been brought in the referenced action shall be dismissed with prejudice, each party to bear its own costs and attorney's fees, on the ground and for the reason all issues raised herein have been fully compromised and settled.

DATED this 3rd day of June, 2011, at Anchorage, Alaska.

*/s/ Michael R. Wirschem*
Michael R. Wirschem
LAW OFFICES OF CRIS W. ROGERS
Counsel for Plaintiff

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Brian Campbell
2600 Denali Street, Ste. 711B
Anchorage, AK 99503
E-mail: mikewirschem@gmail.com
Phone: (907)565-5663
Fax:   (907) 565-5684
[ABA No. 9511049]

DATED this 3rd day of June, 2011, at Anchorage, Alaska.

_____
Gregory S. Hunt
BLISS, WILKENS & CLAYTON
Counsel for Defendant
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail:  gsh@bwclawyers.com
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 0805028]

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Certificate of Service

I certify that on 6th day of June, 2011, a copy of the foregoing document was served electronically on:

Michael R. Wirschem
Law Office of Cris W. Rogers
2600 Denali St., Suite 711-B
Anchorage, AK 99503

**s/ Gregory S. Hunt**

N:\ASM\854\703\PLEADING\Stip for Dismissal.doc

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Stipulation for Dismissal
Page 3 of 3

Campbell v. Allstate
Case No.: 3:11-cv-00091-TMB

Case 3:11-cv-00091-TMB   Document 13   Filed 06/06/11   Page 3 of 3